IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE FILED:_____ |
| v. | : | VIOLATIONS: |
| | | 21 U.S.C. §846 (conspiracy to |
| DANIEL HERNANDEZ TLACOMULCO, | | distribute heroin – 1 count |
| a/k/a "Mexican" | : | 21 U.S.C. 841(a) (distribution of heroin -- 4 counts) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From at least in or about spring, 2013 through on or about October 10, 2013, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DANIEL HERNANDEZ TLACOMULCO,
a/k/a "Mexican,"**

conspired and agreed, with others known to the grand jury, to knowingly and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## MANNER AND MEANS

It was a part of the conspiracy that defendant DANIEL HERNANDEZ TLACOMULCO, a/k/a "Mexican":

    1.    Delivered cash to Bryan Toribio, charged elsewhere, to facilitate drug trafficking;

  2. Agreed with Bryan Toribio to distribute heroin to Ambioris Nepomuceno-Rodriguez, charged elsewhere, and another individual known to the grand jury;

  3. Used a stash house at 6935 Kindred Street, Philadelphia, PA to store, weigh and package heroin and items used for the processing and packaging of heroin;

  4. Along with Bryan Toribio, distributed heroin to other individuals known to the grand jury.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, defendant DANIEL HENANDEZ-TLACOMULCO, committed the following overt acts, among others, in the Eastern District of Pennsylvania:

  1. On or about July 2, 2013, defendant DANIEL HERNANDEZ-TLACOMULCO, a/k/a "Mexican," at 6935 Kindred Street, Philadelphia, PA, along with Bryan Toribio, possessed and stored approximately 15 packets (net weight approximately 29 milligrams) of heroin and numerous glassine inserts, clear packets, and a grinder used for the processing and packaging of heroin for distribution.

  2. In or about August, 2013, in Philadelphia, defendant DANIEL HERNANDEZ TLACOMULCO and Bryan Toribio arranged to distribute, and distributed, approximately 50 grams of heroin to Ambioris Nepomuceno-Rodriguez.

  3. In or about August, 2013, in Philadelphia, defendant DANIEL HERNANDEZ-TLACOMULCO and Bryan Toribio arranged to distribute, and distributed approximately 100 grams of heroin to Ambioris Nepomuceno-Rodriguez.

  4. In or about September, 2013, in Philadelphia, defendant DANIEL

HERNANDEZ-TLACOMULCO spoke with Bryan Toribio about defendant HERNANDEZ-TLACOMULCO's obtaining and distributing 200 grams of heroin to an associate of Ambioris Nepomuceno-Rodriguez, at Nepomuceno-Rodriguez' request.

5. On or about October 9, 2013, in Philadelphia, defendant DANIEL HERNANDEZ-TLACOMULCO and Bryan Toribio arranged to distribute, and distributed, approximately 50 grams of heroin to Ambioris Nepomuceno-Rodriguez.

6. On or about October 10, 2013, in Philadelphia, defendant DANIEL HERNANDEZ-HERNANDEZ and Bryan Toribio distributed approximately 51 grams of heroin to Ambioris Nepomuceno-Rodriguez.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

In or about August, 2013, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DANIEL HERNANDEZ TLACOMULCO,
a/k/a "Mexican,"**

knowingly and intentionally delivered, and aided and abetted the delivery of, approximately 50 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

In or about August or September, 2013, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DANIEL HERNANDEZ TLACOMULCO,**
a/k/a "Mexican,"

knowingly and intentionally delivered, and aided and abetted the delivery of, approximately 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 9, 2013, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DANIEL HERNANDEZ TLACOMULCO,
a/k/a "Mexican,"**

knowingly and intentionally delivered, and aided and abetted the delivery of, approximately 50 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 10, 2013, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DANIEL HERNANDEZ TLACOMULCO,
a/k/a "Mexican,"**

knowingly and intentionally delivered, and aided and abetted the delivery of, approximately 51 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

_____
**GRAND JURY FOREPERSON**

_____
**ZANE DAVID MEMEGER**
**United States Attorney**